**Catherine Denise RANDOLPH, Plaintiff–Appellant,**

**v.**

**Loretta E. LYNCH, U.S. Attorney General, Defendant–Appellee.**

**No. 15–1174.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2015.

Decided: May 21, 2015.

Catherine Denise Randolph, Appellant Pro Se.

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Catherine Denise Randolph appeals the district court's order dismissing her complaint as frivolous and for failing to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Randolph v. Holder*, No. 1:15–cv–00314–JKB (D.Md. Feb. 12, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*